



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 03 2021 ★
Page 2

BROOKLYN OFFICE

21-CV-703

DONNELLY, J.

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | Eastern |
|---|---|---|
| Name (under which you were convicted): Lorenzo McGriff | Docket or Case No.: Ind. # 6248/ 2015 | |
| Place of Confinement: ~~Marcy~~ Correctional Facility  Otisville | Prisoner No.: 17-A-0545 | |
| Petitioner (include the name under which you were convicted) Lorenzo McGriff | v. | Respondent (authorized person having custody of petitioner) Reardon, Superintendent DOC |
| The Attorney General of the State of New York | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Supreme Court of The Stae of New York- 320 Jay Street- Brooklyn, N.Y. 11201

   (b) Criminal docket or case number (if you know): 6248/ 2015

2. (a) Date of the judgment of conviction (if you know): January 20, 2017

   (b) Date of sentencing: 01/20/ 17

3. Length of sentence: 7 years- 5 years post release

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐   No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: Assualt in the Second Degree

6. (a) What was your plea? (Check one)

   (1) Not guilty [X]      (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐      (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

   N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury [X]    Judge only [ ]

7. Did you testify at either a pretrial hearing, trial or a post-trial hearing?

Yes [X] No [ ]

8. Did you appeal from the judgment of conviction?

Yes [X] No [ ]

9. If you did appeal, answer the following:

(a) Name of court: Appellate Division 2nd. Dept.

(b) Docket or case number (if you know): 2017-02694

(c) Result: Affirm

(d) Date of result (if you know): September 18, 2019

(e) Citation to the case (if you know): People v. McGriff, 175 A.D. 3d 1432

(f) Grounds raised: Trial Court erred in failing to instruct jurors adequately, Prosecution's Misconduct-impermissible Duplicity, Trial Court erred in excluding defense witness as Collateral, Prosecution failed to disprove Justification (verdict against weight of evidence, Prosecution Misconduct during cross and Summation, Court's step-one denial of Batson application, Ex. Senten

(g) Did you seek further review by a higher state court? Yes [X] No [ ]

If yes, answer the following:

(1) Name of court: State of New York Court of Appeals

(2) Docket or case number (if you know): _____

(3) Result: Leave to appeal Denied

(4) Date of result (if you know): November 27, 2019

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

N/A

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes [ ] No [X]

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____ N/A _____

_____

(3) Date of result (if you know): _____ N/A _____

(4) Citation to the case (if you know): _____ N/A _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

      Yes ☐  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐  No ☐

      (7) Result: _____

      (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☐  No ☐

(2) Second petition:  Yes ☐  No ☐

(3) Third petition:    Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Trial Court's Improper Jury Instructions and Trial Counsel's Ineffective Assistance During Critical Stages/ Proceeding

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

The Court erred in failing to instruct jurors an acquittal on top count based upon justification precluded further deliberation an it's instructions improperly suggested that jurors were required to continue deliberation and empowered to render a guilty verdict even if their acquittal on top count resulted from a determination that petitioner had been justified, trial counsel were ineffective for failing to make timely objection.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____ N/A _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [X]   No [ ]

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ N/A _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [X]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/a _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

N/A

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

N/A

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: State of New York Court of Appeal.

_____

**GROUND TWO:** Weight of Evidence Element- Based Review Legal Sufficiency Challenge.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The people failed to disprove Justification beyond a reasonable doubt and the verdict was therefore against the weight of the crediable evidence.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____ N/A _____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [X]   No [ ]

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____ N/A _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [X]

(2) If your answer to Question (d)(1) is "Yes," state:

                                     N/A

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

(3) Did you receive a hearing on your motion or petition?

Yes [ ]   No [ ]

(4) Did you appeal from the denial of your motion or petition?

Yes [ ]   No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes [ ]   No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: State of New York Court of Appeal.

_____

_____

**GROUND THREE:** Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The prosecutor committed misconduct during cross-examination and summation, by vouching for his witnesses while calling petitioner a liar shifting the burden of proof, making inflammatory comments, testifying and misstating record evidence and impling that petitioner was a dangerous and vengeful person- allwhile also misstating the applicable law.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

N/A

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [X]  No [ ]

(2) If you did **not** raise this issue in your direct appeal, explain why: _____
N/A

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes [ ]  No [X]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: State of New York Court of Appeal.

_____

**GROUND FOUR:** Prosecutor's Misconduct enterjecting unsuported / uncharged theory of crime, creating impermissible Duplicity

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The prosecutor's two-incidents theory transformed the single count of assault into two separate counts, creating impermissible Duplicit and rendering it impossible to determine whether the jury was unanimous in it's verdict.

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

N/A

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [X]   No [ ]

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [X]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes [ ]   No [ ]

(4) Did you appeal from the denial of your motion or petition?

Yes [ ]   No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes [ ]   No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _State of New Yor Court of Appeal._

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes [X]   No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____ N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes [ ]   No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available. _____ N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

N/A

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ___Jamie Burke, Esq.- Brooklyn Defender Services- 177 Livingston St. 7th floor Brooklyn, NY 11201___

(b) At arraignment and plea: _____
_____The same as above._____

(c) At trial: _____
_____The same as above._____

(d) At sentencing: _____
_____The same as above._____

(e) On appeal: _Paul Skip laisure/ David Goodwin Esqs./ Appellate Advocates- 111 John St. 9th floor     New York, NY 10038___

(f) In any post-conviction proceeding: _____
_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     Yes ☐   No ☐

GROUND G**5   The court erred when it excluded as "Collateral" petitioner's wife's testimony.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The court erred when it excluded as "Collateral" petitioner's wife testimony that he carried a wire stripper and not a knife, when it would have corroborated a key element of his testimony and reha- bilitated his credibility, both of which directly related to his justification defense.

_____

_____

(b) If you did not exhaust your state remedies on Ground    ., explain why: _____
                                N/A
_____

_____

(c) **Direct Appeal of Ground     :**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [ X ] No [  ]

(2) If you did **not** raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [  ] No [ X ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes☐ No☐

(4) Did you appeal from the denial of your motion or petition?

Yes☐ No☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes☐ No☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground     State of New York Court of Appeal.

_____

GROUND 6:   Court's Error Denying defense Counsel's Batson application.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __The__ Court;s Step-One denial of defense counsel's Batson application, which alleged that the prosecution disproportionately struck Black jurors with no apparant basis for most of the challenges- thus meeting the defense's burden of showing prima facie dis- crimination- was error.

(b) If you did not exhaust your state remedies on Ground   explain why: _____

(c) **Direct Appeal of Ground** :

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [X] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ] No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground      State of New York Court of

Appeal. _____

_____

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 19

Therefore, petitioner asks that the Court grant the following relief: Vacate Judgment remit For New trial or dismiss indictment.

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on Jan 14th 2021 (month, date, year).

Executed (signed) on Jan 12, 2021 (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____