**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

Diane R. Eisner
Assistant District Attorney

April 13, 2021

Honorable Ann Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

                <u>McGriff v. Superintendent Doc Reardon</u>
                21-CV-703 (AMD)

Dear Judge Donnelly,

   I am preparing to file the State's response to the petition for a writ of habeas corpus in the above-referenced case. In addition to the trial transcripts and Appellate Division briefs, I intended to file several videotapes and a photograph that were admitted in evidence at trial. The ECF filing system will not accept the video exhibits. They have been scanned at my office, and I believe that they could be emailed to the court. I am respectfully requesting permission to email them as Exhibits B, C, D, and E, as they are designated in my response. In the alternative, I ask to be advised on the proper manner to provide those exhibits to the Court. Thank you very much.

                                              Very truly yours,

                                              *Diane R. Eisner*

                                              Diane R. Eisner
                                              Assistant District Attorney

cc: Lorenzo McGriff
    17-A-0545
    Otisville Correctional Facility
    P.O. Box 8
    Otisville, NY 10963-0008