```
UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------
Lorenzo McGriff,
              Petitioner,                    Doc. # 1:21-CV-0073-AMD

                                             MOTION TO HOLD
                                             PETITION IN
       -Against-                             ABEYANCE UNDER
                                             § 4:37.50
SUPERINTENDENT DOC REARDON,
              Respondeent.
-------------------------------
```



*Rec in p drive 9/30/21 RG

DONNELLY, United States District Judge.

UPON the instant petition for Issuance of a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, dated February 3, 2021,

1. Petitoner, respectfully moves this Court to hold the pending petition, in abeyance.

2. The filing of this petition, were do to time restraints imposed by AEDPA.

3. Petitioner had no collateral proceedings pending at that time. As of September 2021, petitioner has become aware of a critical Procedural Error, which occurred during the indictment proceeding(s)leading to my conviction.

**WHEREFORE**, Petitioner request of this court to Enter an **ORDER** that the pending habeas corpus proceeding, be held in **ABEYANCE**. In order to allow petitioner the opportunity to litigate the matter's involving said ProceduralError/ Constitutional Violation.

I declare under the penalty of perjury the foregoing is true and correct.

Respectfully, etc.,.

/s/
Lorenzo Mcgriff

Sent To:

¢ERIC GONZALEZ
DISTRICT ATTORNEY
KINGS COUNTY

OTISVILLE CORRECTIONAL FACILITY
P.O. BOX 8
OTISVILLE, NEW YORK 10963

NAME: Lorenzo McGriff DIN: 17A0545



WESTCHESTER NY 105
NEOPOST
27 SEP 2021 PM 5 L
09/27/2021
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 10963
041M11459157

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Att: Judge Donnelly

Legal mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Lorenzo McGriff   DIN: 17A0545

Printed On Recycled Paper