RECEIVED IN PRO SE OFFICE
OCT 15 2021

Lorenzo McGriff 17A0545
Otisville Correctional Facility

P.O. Box 8
Otisville New York 10963

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case Name: McGriff v. REARDON
Case Number: 1:21-CV-0073-AMD-LB
Judge Ann DONNELLY
Date: October 13, 2021

Your Honor,

    As directed by the Court's notice dated 10/06/2021, the following is the description of the procedural error mentioned in the October Motion.

    Upon information(i.e., grand jury minutes) and belief, the State during its presentation of my case to the grand jury, failed to charge the "complete defense of justification". When evidence showed, petitioner's action for which his conviction rest, were the results of him defendinghimself, against an unprovoked attack. In violation of mandates CPL § 190.25[6].

    The reason(s) for requesting habeas corpus proceeding be stayed/ held in abeyance, is to allow petitioner, the opportunity. To litegate this issue before the State Court, by way of CPL §§ 440.10(1)(h),(1)(c). proceeding. Addressing, the Constitutionality of his conviction. In conjunction with an application under CPL §§210.20[4], 210.35[5], moving to dismiss indictment on the bases, "insufficient evidence to sustain a finding of a true bill".

## Certification of Service

I hereby certify that on October 13, 2021, the foregoing was filed by regular mail on the following:

>	ERIC GONZALEZ
>	District Attorney
>	Kings County
>	Brooklyn, New York 11201

_Lorenzo McGriff_

OTISVILLE CORRECTIONAL FACILITY
P.O. BOX 8
OTISVILLE, NEW YORK  10963

NAME: Lorenzo McGriff          DIN: 17A0545

WESTCHESTER NY 105
Otisville
13 OCT 2021 PM 5 L
Correctional Facility

NEOPOST
10/13/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL
ZIP 10963
041M11459157

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
Brooklyn, New York 11201

Legal Mail

11201-181809

USMS

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Lorenzo Mcgriff          DIN: 17A0545

Printed On Recycled Paper