Mr. Lorenzo Mc Griff, 17-A-0545
Otisville Correctional Facility
57 Sanitorium Road
Otisville, New York    10963

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 16 2021 ★

BROOKLYN OFFICE

*Retrieved from dkt box on 1/4/22 and dkt'ed 1/6/22 rg

U.S. District Court
Eastern District of New York

December 13, 2021

Case Name: McGriff v. REARDON
Case Number: 1:21-CV-0073-AMD-LB
Judge Ann M. DONNELLY

RECEIVED IN PRO SE OFFICE

DEC 16 2021

Your Honor,

By notice of motion to Vacate Judgment, sworn to the 10th day of November 2021, recieved by Supreme Court, Kings County Term Part 33 clerk's office on 11/15/2021. See, Certified Return Receipt attachedhereto.

Not recieving acknowledgment of receipt of my Motion papers, I sent an inquiry letter to the Court dated 11/29/2021. Seeking the status of the above-mentioned application. See, inquiry letter attachedhereto.

The lower Court has fail to respond to my most recent pleadings, I believe this unwarrented delay in acknowledgment or expedition of the above-mentioned proceeding, would greatly hender the development of the petition, I have pending in your honor's Court.

My concern is grounded in the fact that as of the date of this letter, I have not recieved acknowledgment or receipt of my 440 Motion, nor any indication as to a scheduled calendar date for said Motion to be heard. It has been more than four (4) weeks since that Court recieved my Motion papers.

I am at a lost as how to compell the lower Court to acknowledge receipt of and processing my recently filed pleadings ?

My request for your honor's assistance in guidence on how to move the lower Court, in expediting this matter, is based on the fact the proceeding stayed in your honor's Court (habeas Corpus petition).

I believe without your honor's intervention, the lower Court issue I have filed will result in an unwarrented delay. I pray your honor will assist me in this matter, in order for me to continue the proceeding stayed in your Court.

Repectfully, etc.,

Lorenzo McGriff

CC:.

Me

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee  $3.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $  2.00
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $ 2.85
Total Postage and Fees  $

Sent To  Supreme Court of the State of N.Y.
Street and Apt. No., or PO Box No.  320 Jay St.
City, State, ZIP+4®  Brklyn, NY 11201

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

[Otisville Post Office postmark NOV 2021 Otisville NY 10963]

7020 1810 0001 5585 9420

---

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

Lorenzo McGriff, 17A0345
Otisville Corr. Fac.
57 Sanatorium Rd.
Otisville, NY 10963

USPS TRACKING #

9590 9402 5149 9122 9881 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supreme Court, Kings County - 320 Jay Street
Brooklyn, NY 11201

2. Article Number (Transfer from service label)
7020 1810 0001 5585 9420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  A. Carter

C. Date of Delivery  11/28/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

Mr. Lorenzo McGriff, 17-A-0545
Otisville Correctional Facility
57 Sanitorium Road
Otisville, New York     10963


Supreme Court of the State of new York
Kings County - 320 jay Street                Re: People v. McGriff
Brooklyn, New York    11201

Date: November 29th, 2021


Criminal Term Part 33


Court Clerk:

    This communiction is inquiring on the status of a Motion, filed with this Court pursuant to CPL § 440.10, notice of Motion dated the 10th day of November 2021?

    The Motion papers were delivered by Certified mail / Return receipt. I anticipate your reply accordingly.


Respectfully, etc.,.

*[signature]*
Lorenzo McGriff

CC:.
    me



**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

NAME: Lorenzo McGriff        DIN: 17-A-0545

Att: Judge Ann M. DONNELLY

for 1 Mail        Legal Mail

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
Brooklyn, N.Y. 11201