UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LORENZO McGRIFF,

    ~~Plaintiff~~, Petitioner,

    — against —

SUPERINTEDENT DOC REARDON,

    Respondent

NOTICE OF MOTION

1:21-CV-0073-AMD-LB
Judge DONNELLY,

RECEIVED JUL 20 2023 PRO SE OFFICE
RD 7131

PLEASE TAKE NOTICE, that upon the annexed affidavit/affirmation of Lorenzo McGriff, sworn to or affirmed on July 14, 2023, and all proceeding(s) previously held herein, petitioner will move this Court, Ann Donnelly, U.S.D.J., United States Courthouse, Brooklyn New York 11201, on the ___ day of July 2023, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule(s) 1(D) and 4(c) of the Federal Rules of Civil Procedure granting appointment of counsel inorder to letigate the Complaint presented upon the Habeas Corpus petition pursuant to 28 U.S.C. § 2254

Dated: Kings County
July 14, 2023

*[signature]*

Lorenzo McGriff – Pro se
435 Blake Ave #2
Brooklyn, NY 11212

Tel: 347-585-2273
email: lorenzomcgriff78@gmail.com

3 | UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――
LORENZO McGRIFF,

      Petitioner,

  -against-

SUPERINTEDENT DOC
REARDON,

      Respondent.
―――――――――――――――――――

AFFIRMATION

1:21-cv-0073-AMD-LB

STATE OF NEW YORK )
COUNTY OF KINGS ) .:

  Lorenzo McGriff, being duly sworn deposes and says I make the following under the penalties of perjury:

  I Lorenzo McGriff, am the petitioner in the above-entitled action, and respectfully move this court to issue an order granting appointment of counsel to letigate the issue(s) raised upon the initial petition filed in this court and the issues petitioner seeks to consolidate raised upon the CPL 440.10 motion.

  The reason(s) petitioner make this request is due to this court's order dated 11/7/2022.

4

which granted petitioner's motion to reopen case for writ of Habeas Corpus and appointment of counsel.

As the court set a return date of Dec. 9, 2022, petitioner never received said notice because on Aug 23, 2023, petitioner had been released on parole supervision. DOCCS never forward the notice to my parole address of record.

Wherefore, petitioner respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct and was served on the following:

Eric Gonzalez
District Attorney
Kings County
350 Jay Street
Brooklyn, NY 11201

5

Dated: Kings County
July 14, 2023

*[signature]*

Lorenzo McGriff - Pro se
435 Blake Ave #2
Brooklyn, NY 11212

Tel: 347-585-2273
email: lorenzomcgriff78@gmail.com

Mr. Lorenzo McGriff
435 Blake Ave #2
Brooklyn, NY 11212

Attn: Pro Se office

Clerk of U.S. District
Court - Eastern Dis. of NY
225 Cadman Plaza East
Brooklyn, NY 11251