UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LORENZO MCGRIFF,

              Plaintiff,                        JUDGMENT
                                                     21-CV-703 (AMD)

              -against-

SUPERINTENDENT DOC REARDON,

              Defendant.
------------------------------------------------------------ X

      A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on June 16, 2025, denying the petition in its entirety; dismissing the case is dismissed; and denying the issuance of a certificate of appealability, *See* 28 U.S.C. § 2553(c); it is

      ORDERED AND ADJUDGED that the petition is denied in its entirety; that the case is dismissed; and that a certificate of appealability will not be issued because the petitioner has not made a substantial showing of a denial of a constitutional right. *See* 28 U.S.C. § 2553(c).

| | |
|---|---|
| Dated: Brooklyn, NY<br>      June 18, 2025 | Brenna B. Mahoney<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>      Deputy Clerk |